JOSEPH SIRMAN for the use of GEORGE TUNNEL *vs.* ANN C. BARNARD, adm'x. of DERICK BERNARD.

Notice of the execution of a rule of reference must be given to the opposite *party* and not to the attorney.

RULE to show cause why an award should not be set aside on the ground that no notice of the meeting of the arbitrators was given to the defendant. The reference specified that the rule might be executed exparte on ten days notice. It was admitted that notice had not been served on the deft. but on her counsel. Mrs. Bernard resides in the county.

Rule absolute. *(a)*

*(a)* See *Cazier* vs. *Blackstock,* ante 362.